ACCEPTED
01-15-00552-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/18/2015 8:46:09 AM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00552-CV

IN THE COURT OF APPEALS
FOR THE
FIRST DISTRICT OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/18/2015 8:46:09 AM
CHRISTOPHER A. PRINE
Clerk

JOSUE ORELLANA AND MERLIN CAROLINA BACA RUBIO, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF JONATHAN JOSUE ORELLANA BACA, DECEASED, Appellants

v.

WESTHEIMER TERRACE APARTMENTS MANAGEMENT, L.L.C. AND WESTHEIMER TERRACE APARTMENTS, L.L.C., Appellees

## JOINT MOTION FOR DISMISSAL OF APPEAL WITH PREJUDICE

TO THE HONORABLE FIRST COURT OF APPPEALS:

Pursuant to Rule 42.1(a) of the Texas Rules of Appellate Procedure, Josue Orellana and Merlin Carolina Baca Rubio, Individually and as Representatives of the Estate of Jonathan Josue Orellana Baca, Deceased, the Appellants in the above mentioned appeal, and Westheimer Terrace Apartments Management, L.L.C. and Westheimer Terrace Apartments, L.L.C., the Appellees in the above appeal, through their attorneys of record, file this Joint Motion for Dismissal With Prejudice, and respectfully show the court the following:

1. On June 17, 2015, Appellants Josue Orellana and Merlin Carolina Baca Rubio, Individually and as Representatives of the Estate of Jonathan Orellana Baca, Deceased, the Plaintiffs, filed a notice appeal from the judgment of the trial court granting Westheimer Terrace Apartments Management L.L.C. and Westheimer Terrace

*Joint Motion for Dismissal With Prejudice*

Apartments, L.L.C.'s, the Defendants, Motion for Summary Judgment, entered on April 10, 2015.

2. On August 11, 2015 this Court ordered Appellants and Appellees to mediation for resolution of this matter.

3. The mediation took place on September 8, 2015.

4. The parties assert that they have reached a compromise at mediation, and thus the need for further appellate proceedings is no longer necessary.

5. On September 17, 2015, counsel for both Appellants and Appellees conferred and both join in this motion.

WHEREFORE, the parties request that this Court dismiss the above appeal, with prejudice to the parties' rights in any subsequent appeal, if any.

Respectfully submitted,

HILLIARD MUÑOZ GONZALES LLP

By: _____

Robert C. Hilliard
State Bar No. 09677700
bobh@hmglawfirm.com
Rudy Gonzales, Jr.
State Bar No. 08121700
rudyg@hmglawfirm.com
Catherine D. Tobin
State Bar No. 24013642
Catherine@hmglawfirm.com
John B. Martinez
State Bar No. 24010212
john@hmglawfirm.com
Marion M. Reilly
State Bar No. 24079195
marion@hmglawfirm.com

Todd A. Hunter Jr.
State Bar No. 24087774
todd@hmglawfirm.com

719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone No.: (361) 882-1612
Facsimile No.: (361) 882.3015

## ATTORNEYS FOR PLAINTIFF

### Certificate of Conference

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred, or made a reasonable attempt to confer, with all other parties which are listed below about the merits of this motion with the following results:

Bianca Cedrone:

1. opposes motion
2. does not oppose motion
3. agrees with motion
4. would not say whether motion is opposed
5. did not return my message regarding the motion

_____
Signature of certifying attorney

9/17/15
_____
Date

### CERTIFICATE OF SERVICE

As required by Texas Rules of Appellate Procedure 6.3 and 9.5(b), (d) (c), I certify that I have served this document on all parties that are listed below on September 17, 2015 as follows:

*Via Electronic FilingService to:*
*wbdaw@dawray.com;*
**bcedrone@dawray.com**

Willie Ben Daw, III
Bianca Cedrone
Daw & Ray, LLP
5718 Westheimer, Suite 1750
Houston, Texas 77057

_____
Todd A. Hunter, Jr.